# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **AZUMAH ROBINSON** ) | JURY TRIAL DEMANDED |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| **CREDENCE RESOURCE** ) | |
| **MANAGEMENT, LLC** ) | |
| **Defendant,** ) | |
| ) | |

## COMPLAINT

## I.  INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff Azumah Robinson an individual consumer, against Defendant, Credence Resource Management, LLC, for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## II.  JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331. Venue in this District is proper in that the Defendants transact business in New Haven, Connecticut and the conduct complained of occurred in New Haven, Connecticut.

## III.  PARTIES

3. Plaintiff Azumah Robinson (hereinafter "Plaintiff") is a natural person residing in New Haven, Connecticut. Plaintiff is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Plaintiff alleged "debt" as defined by the FDCPA, 15 U.S.C 1692a(5) this alleged debt at issue arose from a transaction entered into primarily for personal use.

5. Upon information and belief Credence Resource Management, LLC, is a Texas corporation with its principal place of business located at 4222 Trinity Mills, Suite 260, Dallas, TX 75287.

6. Defendant Credence Resource Management, LLC is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempts to collect consumers' debts alleged to be due to another's.

## IV. FACTS OF THE COMPLAINT

7. Defendant Credence Resource Management, LLC, (hereinafter referred to as "Debt Collector") is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

8. On or about May 22, 2023, Plaintiff mailed in dispute letter disputing an allegedly debt owed to T-Mobile.

9. Within the dispute letter Plaintiff informed the debt collector that the only convenient way to contact him was via email and provided his email in the letter.

10. On or about May 30, 2023, Plaintiff received notice from USPS that his letter was received by Defendant.

11. On or about July 10, 2023, Plaintiff received a dunning notice in the mail from Defendant trying to collect a debt.

12. Plaintiff has suffered actual damages as a result of these illegal collection tactics by this Defendant in the form of invasion of privacy, personal embarrassment, loss of productive time, emotional distress, frustration, anger, humiliation and amongst other negative emotions.

13. Credence Resource Management, LLC violated 15 U.S.Code 1692c(a)(1) for communicating with the Plaintiff at a place they knew was no longer convenient.

## V. FIRST CLAIM FOR RELIEF
### (Credence Resource Management, LLC)
### 15 U.S.C 1692c(a)(1)

14. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

15. The Debt Collector violated the FDCPA.

16. The Debt Collector's violations include, but are not limited to, the following:

    (a) The Debt Collector violated 15 U.S.C § 1692c(a)(1) of the FDCPA by communicating with Plaintiff at a place Defendant knew was no longer convenient.

17. As a result of the above violations of the FDCPA, Defendant is liable to Plaintiff actual damages, statutory damages, and costs.

## VI.    JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff Azumah Robinson respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. Cost pursuant to 15 U.S.C 1692k(3);

E. For such other and further relief as the Court may deem just and proper.

Respectfully submitted:
/s/ Azumah Robinson
Azumah Robinson
85 Pond St
New Haven, CT 06511
203-435-7272
Zumahr@gmail.com